IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26CR58 |
| | § | Judge Kernodle |
| KRISTINE MICHELLE HICKS | § | |

## FACTUAL BASIS

The defendant, **Kristine Michelle Hicks**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1.      That the defendant, **Kristine Michelle Hicks**, who is changing her plea to guilty, is the same person charged in the Indictment.

2.      That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3.      That from at least June 2024, and continuing through December 2025, **Kristine Michelle Hicks** knowingly devised or intended to devise any scheme to defraud, that is the scheme to defraud described in the Indictment.

4.      That the scheme to defraud employed false material representations, false material pretenses, or false material promises.

5.      That **Kristine Michelle Hicks** transmitted or caused to be transmitted by way of wire communications, in interstate commerce, any writing, or sign, or signal, for the purpose of executing such scheme.  Specific as to Count 2, on November 11, 2025, **Kristine Michelle Hicks** knowingly caused $2000 via APPLE PAY to be transmitted

Factual Basis
Page 1

from victim O.G.  Specific as to Count 3, on April 28, 2025, **Kristine Michelle Hicks** knowingly caused $500 via DISCOVER credit card direct pay to be transmitted from victim M.I.  Specific as to Count 4, on October 15, 2025, **Kristine Michelle Hicks** knowingly caused $1500 via CASH APP to be transmitted from victim R.B.  Specific as to Count 5, on December 15, 2025, **Kristine Michelle Hicks** knowingly caused $2000 via VENMO to be transmitted from victim K.T.

6.    That **Kristine Michelle Hicks** acted with a specific intent to defraud.

7.    **Kristine Michelle Hicks** was the sole owner and operator of an unlicensed dog breeding, dog training, and dog sale business, called Giant German Shepherds, in Hopkins County, Texas, located in the Eastern District of Texas.  Towards the end of the operation, **Kristine Michelle Hicks** had as many as 131 German shepherds on her property.

8.    **Kristine Michelle Hicks** advertised her services online through a website and a Facebook account that she controlled.  When **Kristine Michelle Hicks** received inquiries about dogs that she had advertised for sale, she made representations, statements, and promises about the dogs, including that they were healthy, trained for specific services, that they had a certain specified parentage, and that they were registered with the AKC.  These representations, promises, and pretenses were false.  Instead of selling purebred, properly AKC-registered, healthy animals, **Kristine Michelle Hicks** sometimes sold dogs that were a mix of breeds, were randomly sourced from other litters, and had diseases or were in an unhealthy state.  **Kristine Michelle Hicks** also purchased

Factual Basis
Page 2

litters or partial litters of German shepherd puppies that had been advertised on Facebook or advertised by other means, and then sold those puppies to buyers after **Kristine Michelle Hicks** falsely told them were receiving pure bred, AKC-registered, healthy animals, born from specified parent animals at her dog breeding business, Giant German Shepherds.  As a result, **Kristine Michelle Hicks** sold animals with unknown genetic and behavioral traits as purportedly purebred German shepherds with known genetic and behavioral traits, making them significantly devalued and unknown for service dog placement.  **Kristine Michelle Hicks** also created and fabricated false AKC documentation with some of the German shepherds she sold.  By doing this, **Kristine Michelle Hicks** was able to inflate the sales price for the dogs, often by thousands of dollars above the dogs' real market value.

9.    Around the Summer of 2024, a large number of German shepherd puppies died and began dying at the property where **Kristine Michelle Hicks** operated Giant German Shepherds.  **Kristine Michelle Hicks** sent a soil sample from the property to be tested.  The results of the soil sample revealed that the soil was contaminated with coccidia, an intestinal parasite.  After the coccidia was discovered on her property, **Kristine Michelle Hicks** purchased bulk bottles of Albon, an antibiotic used to treat coccidia, from Canada.  **Kristine Michelle Hicks** instructed her employees to give every puppy on her property, whether or not it was diagnosed with coccidia, a daily dose of Albon.  **Kristine Michelle Hicks** also required her employees to provide Albon to customers they delivered puppies to and to tell them it was a probiotic to help with

Factual Basis
Page 3

nervousness and stomach issues while they adjusted to their new homes.  The Albon, disguised as a "probiotic, was included in a stapled disposable bag along with other items provided to the customers through at least June 2025.

In general, after **Kristine Michelle Hicks** and a buyer agreed to a sale for a dog, **Kristine Michelle Hicks** arranged for transfer of the animals by land or air carrier to states outside of Texas.  The buyer paid **Kristine Michelle Hicks** an agreed sum for the dog and would often pay costs of shipping, which together frequently totaled several thousand dollars.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment and have discussed them with my attorney.  I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 6-25-26       _Kristine Michelle Hicks_
                 KRISTINE MICHELLE HICKS
                 Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 6-25-26       _(signature)_
                 PETER JAMES GANYARD
                 Attorney for the Defendant

Factual Basis
Page 4